UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BETH A. DANIEL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNYDER'S-LANCE, INC., BRIAN J. DRISCOLL, JAMES W. JOHNSTON, JEFFREY A. ATKINS, PETER P. BRUBAKER, C. PETER CARLUCCI, JR., JOHN E. DENTON, LAWRENCE V. JACKSON, DAVID C. MORAN, DAN C. SWANDER, ISAIAH TIDWELL, and PATRICIA A. WAREHIME,<br><br>Defendants, | Case No. 3:18-cv-00058 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Beth A. Daniel ("Plaintiff") voluntarily dismisses her individual claims in the captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to her claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: March 27, 2018

Respectfully submitted,

/s/Nancy Meyers
Nancy Meyers
NC State Bar 23339
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, North Carolina 27401
Tel: (336) 333-2244
Fax: (336) 379-9415
nmeyers@wardblacklaw.com

1

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/ Nancy R. Meyers
Nancy R. Meyers
NC State Bar 23339
Attorney for Plaintiff
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
nmeyers@wardblacklaw.com